B7 (Official Form 7) (04/13)

# STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| In re  KidsPeace National Centers of North America, Inc. | Case No. | **13-14516 - Jointly Administered 13-14508** |
|---|---|---|
| Debtor | | (if known) |

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*Definitions*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

☐ None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $  5,745,358.00 | NET PATIENT REVENUE YTD APRIL 30, 2013 |
| $       41,765.00 | OTHER REVENUE YTD APRIL 30, 2013 |
| $ 17,522,545.00 | NET PATIENT REVENUE 2012 |
| $     411,943.00 | OTHER REVENUE 2012 |
| $ 17,596,228.00 | NET PATIENT REVENUE 2011 |
| $   1,177,885.00 | OTHER REVENUE 2011 |

B7 (04/13)

**STATEMENT OF FINANCIAL AFFAIRS**

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No. Administered 13-14508

---

**2. Income other than from employment or operation of business**

None
[X]
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**3. Payments to creditors**

None
[X]
Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITORS | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
[X]
b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAMES AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

None
[ ]
c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAMES AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE SOFA 3C EXHIBIT

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (04/13)

**STATEMENT OF FINANCIAL AFFAIRS**

In re KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No. Administered 13-14508

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
[X]
a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
[X]
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
[X]
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OF RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
[X]
a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
[X]
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (04/13)

## STATEMENT OF FINANCIAL AFFAIRS

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No.  Administered 13-14508

---

### 7. Gifts

**None**
[X]
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

**None**
[ ]
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCE AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

LOSS DATA INFORMATION IS NOT INCLUDED BUT HAS BEEN PROVIDED DIRECTLY TO US TRUSTEES OFFICE AND COMMITTEE PROFESSIONALS DO TO PRIVACY CONCERNS.

### 9. Payments related to debt counseling or bankruptcy

**None**
[X]
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 10. Other transfers

**None**
[X]
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFERREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

**None**
[X]
b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (04/13)

**STATEMENT OF FINANCIAL AFFAIRS**

| | 13-14516 - Jointly |
|---|---|
| In re  KidsPeace National Centers of North America, Inc. | Case No.  Administered 13-14508 |

**11. Closed financial records**

None [X] List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None [X] List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESSES OF THOSE WITH ACCESS TO THE BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None [X] List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None [X] List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None [ ] If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATE OF OCCUPANCY |
|---|---|---|

SEE SOFA 15 EXHIBIT

**STATEMENT OF FINANCIAL AFFAIRS**

B7 (04/13)

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No.  Administered 13-14508

---

**16. Spouses and Former Spouses**

None
[X]
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**

None
[X]
For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
[X]
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
[X]
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
[X]
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (04/13)

STATEMENT OF FINANCIAL AFFAIRS

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No.  Administered 13-14508

### 18. Nature, location, and name of business

None
[X] a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|

None
[X] b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
[ ] a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

SEE SOFA 19A EXHIBIT

B7 (04/13)
STATEMENT OF FINANCIAL AFFAIRS

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No. Administered 13-14508

---

None ☐ b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| GRANT THORNTON LLP | 2001 MARKET STREET<br>TWO COMMERCE SQUARE<br>SUITE 3100<br>PHILADELPHIA, PA 19103 | 2007 TO CURRENT |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| GRANT THORNTON LLP | 2001 MARKET STREET<br>TWO COMMERCE SQUARE<br>SUITE 3100<br>PHILADELPHIA, PA 19103 |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

SEE SOFA 19D EXHIBIT

**20. Inventories**

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (SPECIFY COST, MARKET OR OTHER BASIS) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|----------------------------------------------------|

B7 (04/13)

STATEMENT OF FINANCIAL AFFAIRS

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No.  Administered 13-14508

## 21. Current Partners, Officers, Directors and Shareholders

None
[X]

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
[ ]

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

SEE SOFA 21B EXHIBIT

## 22. Former partners, officers, directors and shareholders

None
[X]

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
[ ]

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| ALANA MARINO<br>509 SILVERBARK CT.<br>MILLERSVILLE, MD 21108 | DIRECTOR/OFFICER- SUB-BOARD<br>(PROGRAM MANAGER) | 04/26/2013 |
| DIANE SANCILIO<br>1732 LANCASTER ST.<br>BALTIMORE, MD 21231 | DIRECTOR/OFFICER-SUB-BOARD<br>(REGIONAL DIRECTOR) | 12/31/2012 |
| KEVIN BURGESS<br>4670 CORTLAND DR.<br>OREFIELD, PA 18069 | DIRECTOR/OFFICER- SUB-BOARD (VICE<br>PRESIDENT-HUMAN RESOURCES) | 04/05/2013 |
| KEVIN HULSIZER<br>110 ACORN LANE<br>STROUDSBURG, PA 18360 | DIRECTOR/OFFICER- SUB-BOARDS-(VICE<br>PRESIDENT-FINANCE/CORPORATE<br>CONTROLLER) | 01/17/2013 |
| SANDRA RAPPEPORT<br>307 NORGULF RD.<br>REISTERSTOWN, MD 21136 | DIRECTOR/OFFICER- SUB-BOARD<br>(PROGRAM MANAGER) | 09/14/2012 |

**STATEMENT OF FINANCIAL AFFAIRS**

B7 (04/13)

In re  KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Case No.  Administered 13-14508

**23.  Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

SEE SOFA 3C EXHIBIT

**24. Tax Consolidation Group**

None ☒ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds**

None ☒ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 3c

## PAYMENTS TO INSIDERS

KidsPeace National Centers of North America, Inc.
Case No. 13-14516 & Jointly Administered Case No. 13-14508
SOFA 3c - Payments to creditors

| Employee | Address | Title | Date | Gross Wages | Bonus | Car Allowance | Expense Reimbursement | Total |
|---|---|---|---|---|---|---|---|---|
| Alana Marino | 509 Silverbark Ct., Millersville, MD 21108 | Program Manager | n/a | $ - | $ - | $ - | $ - | $ - |
| Debra Hayes | 13311 Briarwood Dr., Laurel, MD 20708 | Program Manager | n/a | $ - | $ - | $ - | $ - | $ - |
| Diane Sancilio | 1732 Lancaster St., Baltimore, MD 21231 | Regional Director | n/a | $ - | $ - | $ - | $ - | $ - |
| Ericka Chukwuanu | 3 Harolwood Ct, Apt. B, Baltimore, MD 21244 | Child Placement Supervisor | n/a | $ - | $ - | $ - | $ - | $ - |
| Gayle Norris | 5511 Stephanie Dr., Schnecksville, PA 18078 | Corporate Secretary | n/a | $ - | $ - | $ - | $ - | $ - |
| Gerard Gleeson | 16 Catherine Ave., Doylestown, PA 18901 | Vice President-Finance/Corporate Controller | n/a | $ - | $ - | $ - | $ - | $ - |
| James Horan | 3756 Windridge Dr., Doylestown, PA 18901 | Chief Financial Officer | n/a | $ - | $ - | $ - | $ - | $ - |
| Kevin Burgess | 4670 Cortland Dr., Orefield, PA 18069 | Vice President-Human Resources | n/a | $ - | $ - | $ - | $ - | $ - |
| Kevin Hulsizer | 110 Acorn Lane, Stroudsburg, PA 18360 | Vice President-Finance/Corporate Controller | n/a | $ - | $ - | $ - | $ - | $ - |
| Michael Slack | 2973 Silver Creek Circle, Kutztown, PA 19530 | Executive Vice President Business Development | n/a | $ - | $ - | $ - | $ - | $ - |
| Ray Culp | 12 N Legend Rd., Shavertown, PA 18708 | Executive Director | n/a | $ - | $ - | $ - | $ - | $ - |

Individuals are Officers of the entity, but are paid by Kids Peace Corporation

KidsPeace National Centers of North America, Inc.
Case No. 13-14516 & Jointly Administered Case No. 13-14508
SOFA 3c - Payments to creditors

| Employee | Address | Title | Date | Gross Wages | Bonus | Car Allowance | Expense Reimbursement | Total |
|---|---|---|---|---|---|---|---|---|
| Sandra Rappeport | 307 Norgulf Rd., Reisterstown, MD 21136 | Program Manager | n/a | $     - | $     - | $     - | $     - | $     - |
| Susan Leyburn | 4339 Spring Dr., Center Valley, PA 18034 | Vice President-Compliance | n/a | $     - | $     - | $     - | $     - | $     - |
| Susan Mullen | 9235 Elle Dahl Rd., Kempton, PA 19529 | Executive Vice President-Programs | n/a | $     - | $     - | $     - | $     - | $     - |
| William Isemann | 5800 Mountain Laurel Dr., Coopersburg, PA 18036 | President/CEO | n/a | $     - | $     - | $     - | $     - | $     - |
|  |  |  | Total: | $     - | $     - | $     - | $     - | $     - |

Individuals are Officers of the entity, but are paid by Kids Peace Corporation

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 15

## PRIOR ADDRESS OF DEBTOR

KidsPeace National Centers of North America, Inc.
Case No. 13-14516 & Jointly Administered Case No. 13-14508
SOFA 15 - Prior address of debtor

| Name Used | Address | Dates of Occupancy |
|---|---|---|
| KidsPeace of North America- Indianapolis FCCP | Pyramids Bldg 2, 3500 DePauw Blvd. Ste 2071, Indianapolis, IN 46268 | 04/2005 - 09/2011 |
| KidsPeace of North America- Albany FCCP | 501 Rosewood Plaza, Albany, NY 12205 | 12/1995 - 08/2012 - Closed |
| KidsPeace of North America- Alexandria FCCP | 5100 Leesburg Pike, Alexandria, VA 22302 | 06/2009 - 05/2012 - Closed |
| KidsPeace of North America- Amsterdam FCCP | 2520 Riverfront Center, Amsterdam, NY 12010 | 1997 - 08/2012 - Closed |
| KidsPeace of North America- Baltimore FCCP | 2701 N. Charles St., Baltimore, MD 21218 | 06/2009 - 09/2012 - Closed |
| KidsPeace of North America- District of Columbia FCCP | 401 C. Street NE, Washington, DC 20002 | 10/2008 - 10/2011 |
| KidsPeace of North America- Evansville FCCP | 4929 River Wind Dr, Ste 102,  Evansville, IN 47715 | 03/2011 - 08/2012 - Closed |
| KidsPeace of North America- Kingston FCCP | 250 Aaron Court, Kingston NY 12401 | 04/2004 - 06/2010 |
| KidsPeace of North America- Lockport FCCP | 1 East Sahara Ave, Lockport, NY 89104 | 03/2010 - 03/2011 - Closed |
| KidsPeace of North America- Richmond FCCP | 553 Southlake Blvd. Richmond, VA 23236 | 01/2010 - 02/2013 |
| KidsPeace of North America- Scotia FCCP | 105 Mohawk Ave, Scotia NY 12302 -2247 | 06/2010 - 08/2012 - Closed |
| KidsPeace of North America- West Seneca FCCP | 4184 Seneca St. W. Seneca, NY 14224 | 12/2010 - 11/2011 - Closed |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 19a

## BOOKS, RECORDS & FINANCIAL STATEMENTS

### BOOKKEEPERS AND ACCOUNTANTS

**KidsPeace National Centers of North America, Inc.**
**Case No. 13-14516 & Jointly Administered Case No. 13-14508**
SOFA 19a - Books, records and financial statements

| NAME | ADDRESS | DATES SERVICES RENDERED | |
|---|---|---|---|
| BELSKY, JENNIFER M. | 156 HEYER RD, NAZARETH, PA 18064 | 08/09/2004 | Current |
| BETZ, STACEY A. | 671 ARROW RD, NEW RINGGOLD, PA 17960 | 09/20/2007 | 07/27/2012 |
| GLEESON, GERARD M. | 16 CATHERINE AVENUE, DOYLESTOWN, PA 18901 | 10/10/2012 | Current |
| HORAN, JAMES | 3756 WINDRIDGE DRIVE, DOYLESTOWN, PA 18901 | 05/31/2011 | Current |
| HULSIZER, KEVIN L. | 110 ACORN LANE, STROUDSBURG, PA 18360 | 03/29/2007 | 01/18/2013 |
| LONG, JEFFREY D. | 402 MAXWELL DR, STEWARTSVILLE, NJ 08886 | 05/07/2007 | Current |
| MILLER, VICTORIA L. | 60 ROYAL RIDGE LANE, BUCKSPORT, ME 04416 | 12/20/1999 | 03/08/2012 |
| NGUYEN, DUYEN | 207 EAGLE DRIVE, EMMAUS, PA 18049 | 01/21/2013 | Current |
| RICHARDS, TIMOTHY C. | 73 MANOR DRIVE, RICHBORO, PA 18954 | 03/09/2009 | 06/30/2011 |
| SCHEIRER, JOAN | 2037 RUTH ST, ALLENTOWN, PA 18104 | 02/12/2013 | Current |
| VANACORE, MATTHEW | 821 HENRY AVE, LANGHORN, PA 19047 | 05/06/2010 | 01/04/2013 |
| WARNER, BRANDON R. | 2134 WASHINGTON ST., ALLENTOWN, PA 18104 | 03/01/2000 | 04/05/2013 |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 19d

## BOOKS, RECORDS & FINANCIAL STATEMENTS

### LIST OF FINANCIAL INSTITUTIONS
### TO WHOM A FINANCIAL STATEMENT WAS ISSUED

**KidsPeace National Centers of North America, Inc.**
**Case No. 13-14516 & Jointly Administered Case No. 13-14508**
**SOFA 19d - Books, records and financial statements**

| NAME | ADDRESS | DATE ISSUED |
|---|---|---|
| CapitalSource Bank | 5404 Wisconsin Avenue 2nd Floor Chevy Chase, MD 20815 | Annual Financial Statements |
| Genino Healthcare Finance | 1 International Plaza, Suite 220 Phildelphia PA 19113 | Annual Financial Statements |
| Healthcare Finance Group | 199 Water Street 31st Floor New York, NY 10038 | Annual Financial Statements |
| Maryland's Human Services Agency, Department of Human Resources, Office of the Inspector General | 100 South Charles St, 17th Floor, Baltimore, MD 21201-2725 | Dec 2011; Dec 2012 |
| National Penn Bank | 90 Highland Avenue, Bethlehem, PA 18017 | Annual Financial Statements |
| US Office of Management and Budget | Federal Audit Clearinghouse- online | Sept, 2011; Sept, 2012 |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT 21b

## CURRENT OFFICERS, DIRECTORS AND SHAREHOLDERS

**KidsPeace National Centers of North America, Inc.**
**Case No. 13-14516 & Jointly Administered Case No. 13-14508**
**SOFA 21b - Current Partners, Officers, Directors and Shareholders**

| NAME | ADDRESS | TITLE | NATURE AND PERCENT OF STOCK OWNERSHIP |
|------|---------|-------|---------------------------------------|
| Debra Hayes | 13311 Briarwood Dr., Laurel, MD 20708 | Officer- (Program Manager) | n/a |
| Ericka Chukwuanu | 3 Harolwood Ct., Apt. B, Baltimore, MD 21244 | Officer- (Child Placement Supervisor) | n/a |
| Gayle Norris | 5511 Stephanie Dr., Schnecksville, PA 18078 | Director/Officer- (Corporate Secretary) | n/a |
| Gerard Gleeson | 16 Catherine Ave., Doylestown, PA 18901 | Director/Officer- (Vice President-Finance/Corporate Controller) | n/a |
| James Horan | 3756 Windridge Dr., Doylestown, PA 18901 | Director/Officer- (Chief Financial Officer) | n/a |
| Michael Slack | 2973 Silver Creek Circle, Kutztown, PA 19530 | Director/Officer- (Executive Vice President Business Development) | n/a |
| Ray Culp | 12 N Legend Rd., Shavertown, PA 18708 | Officer- (Executive Director) | n/a |
| Susan Leyburn | 4339 Spring Dr., Center Valley, PA 18034 | Director/Officer- (Vice President-Compliance) | n/a |
| Susan Mullen | 9235 Eile Dahl Rd., Kempton, PA 19529 | Director (Executive Vice President- Programs) | n/a |
| William Isemann | 5800 Mountain Laurel Dr., Coopersburg, PA 18036 | Officer- (President/CEO) | n/a |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   KidsPeace National Centers of North Ame
                  Debtor

13-14516
Case No. - Jointly Administered 13-14508

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the KidsPeace National Centers of North America, Inc., declare under penalty of perjury that I have read
the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best
of my knowledge, information, and belief.

Date:  7/3/13              Signature  _____

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*