B6A (Official Form 6A) (12/07)

In re **KidsPeace National Centers of North America, Inc.**     Case No. **13-14516 - Jointly Administered**
Debtor                                                                                    **13-14508**
                                                                                         (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |

Total [            ]

Subtotal     [        $0.00        ]
(Total of this page)

Page 1 of 1

B6B (Official Form 6B) (12/07)

| In re | KidsPeace National Centers of North America, Inc. | | Case No.: | 13-14516 - Jointly Administered |
|---|---|---|---|---|
| | | Debtor. | | 13-14508 |
| | | | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. CASH ON HAND. | | PETTY CASH | | $8,257.39 |
| 2. CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3. SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5. BOOKS; PICTURES AND OTHER ART OBJECTS; ANTIQUES; STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6. WEARING APPAREL. | X | | | |

B6B (Official Form 6B) (12/07)

| In re | KidsPeace National Centers of North America, Inc. | Case No.: | 13-14516 - Jointly Administered |
|---|---|---|---|
| | Debtor. | | 13-14508 |
| | | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.  FURS AND JEWELRY. | x | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | x | | | |
| 9.  INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | x | | | |
| 10.  ANNUITIES. ITEMIZE AND NAME EACH ISSUER. | x | | | |
| 11.  INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | x | | | |
| 12.  INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. GIVE PARTICULARS. | x | | | |
| 13.  STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES. ITEMIZE. | x | | | |
| 14.  INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | x | | | |

B6B (Official Form 6B) (12/07)

| In re   KidsPeace National Centers of North America, Inc. | | Case No.: 13-14516 - Jointly Administered |
|---|---|---|
| | Debtor. | 13-14508 |
| | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NONNEGOTIABLE INSTRUMENTS. | x | | | |
| 16. ACCOUNTS RECEIVABLE. | | See Attached Exhibit B-16 | | $4,197,939.78 |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | x | | | |
| 18. OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | x | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE A – REAL PROPERTY. | x | | | |
| 20. CONTINGENT AND NONCONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | x | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | x | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | x | | | |

B6B (Official Form 6B) (12/07)

| In re | KidsPeace National Centers of North America, Inc. | | Case No.: | 13-14516 – Jointly Administered<br>13-14508 |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION<br>OF PROPERTY | H<br>W<br>J<br>OR<br>C | CURRENT<br>VALUE<br>OF DEBTOR'S<br>INTEREST IN<br>PROPERTY WITHOUT<br>DEDUCTING ANY<br>SECURED CLAIM<br>OR EXEMPTION |
|---|---|---|---|---|
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | x | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | x | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | x | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | x | | | |
| 27. AIRCRAFT AND ACCESSORIES. | x | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | x | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES USED IN BUSINESS. | x | | | |
| 30. INVENTORY. | x | | | |

Page 4 of 5

B6B (Official Form 6B) (12/07)

| In re    KidsPeace National Centers of North America, Inc. | Case No.:  13-14516 - Jointly Administered |
|---|---|
| Debtor. | 13-14508                                      (If known) |

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J OR C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  ANIMALS. | x | | | |
| 32.  CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | x | | | |
| 33.  FARMING EQUIPMENT AND IMPLEMENTS. | x | | | |
| 34.  FARM SUPPLIES, CHEMICALS, AND FEED. | x | | | |
| 35.  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | | See Attached Exihibit B-35 | | $14,960.74 |

Total    $4,221,157.91

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT  B-16

## ACCOUNTS RECEIVABLE

**Kids Peace National Centers of North America**
**Case No. 13-14516 & Jointly Administered Case No. 13-14508**
**Schedule B-16: Accounts receivable**

| Account | Description | Amount |
|---------|-------------|--------|
| 1075-0000 | RESERVE FOR BAD DEBTS | $ (938,000.00) |
| 1100-0016 | A/R- GRANTS | $ 15,512.59 |
| 1101-0000 | MISC - RECEIVABLE | $ 317,844.00 |
| 1103-0000 | A/R - SMS INTERFACE | $ 4,486,817.19 |
| 1105-0000 | AR Credits | $ 315,766.00 |
| Total: | | $ 4,197,939.78 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT B-35

## OTHER PERSONAL PROPERTY

**Kids Peace National Centers of North America**
**Case No. 13-14516 & Jointly Administered Case No. 13-14508**
**Schedule B-35: Other personal property of any kind not already listed. Itemize.**

| ACCOUNT | DESCRIPTION | | AMOUNT | |
|---------|-------------|---|--------|---|
| 1150-0000 | OTHER PREPAIDS | PREPAID INSURANCE | $ | 14,960.00 |
| 1150-0002 | OTHER PREPAIDS | PPD WORKERS COMP-ALLOCATION | $ | 0.74 |
| TOTAL: | | | $ | 14,960.74 |

| In re  KidsPeace National Centers of North America, Inc. | Case No.: | 13-14516 - Jointly Administered |
|---|---|---|
| Debtor. | | 13-14508 |
| | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>PENSION BENEFIT GUARANTY CORPORATION<br>OFFICE OF THE CHIEF COUNSEL<br>MICHAEL BAIRD, ATTORNEY<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | X | | LIEN ON ALL ASSETS. THE AMOUNT SET FORTH HEREIN IS BASED UPON DISCUSSIONS WITH THE PBGC; HOWEVER, NOTHING HEREIN SHOULD BE CONSTRUED AS AN ADMISSION BY THE DEBTORS AS TO THE ACCURACY OF THIS AMOUNT VALUE | X | X | X | $107,000,000.00 | $101,300,000.00 |

Total | $107,000,000.00 | $101,300,000.00

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Subtotal (Total of this page) | $107,000,000.00 | $101,300,000.00

\* Contingent, unliquidated and disputed with respect to status as secured creditor.

0 Continuation Sheets Attached

B6E (Official Form 6E) (04/13) Case 13-14516-ref   Doc 14   Filed 07/03/13   Entered 07/03/13 16:56:57   Desc Main
Document   Page 12 of 29

13-14516 - Jointly
Administered 13-14508

KidsPeace National Centers of North America, Inc.
_____
Debtor

Case No. (If known)
_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS *(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)*

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the creation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (04/13) - Cont.

13-14516 - Jointly
Administered 13-14508

KidsPeace National Centers of North America, Inc.

Debtor

Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (2 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COMPTROLLER OF MARYLAND<br>REVENUE ADMINISTRATION DIVISION<br>P O BOX 17132<br>BALTIMORE, MD 21297-0175 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>DC GOVERNMENT OFC TAX & REVENUE<br>P O BOX 96385<br>WASHINGTON, DC 20090-6385 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>GOV OF DC OFC OF<br>UNEMPLOYMENT COMPENSATION<br>P O BOX 96664<br>WASHINGTON, DC 20090-6664 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>INDIANA DEPT OF REVENUE | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>INDIANA WORKFORCE<br>INDIANA GOVERNMENT CENTER S.<br>10 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA 19114–0326 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

B6E (Official Form 6E) (04/13) - Cont.

KidsPeace National Centers of North America, Inc.

Debtor                                                                                      Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (2 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MARYLAND DEPT OF LABOR, LICENSING & REGULATION 500 NORTH CALVERT STREET # 401 BALTIMORE, MD 21202 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>NC DEPT OF REVENUE P O BOX 25000 RALEIGH, NC 27640-0605 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>NC DES P O BOX 25903 RALEIGH, NC 27611-5903 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>NEW YORK STATE DEPT OF TAXATION & FINANCE NYS ASSESSMENT RECEIVABLES P O BOX 4127 BINGHAMTON, NY 13902-4127 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>NJ DIVISION OF TAXATION P O BOX 999 TRENTON, NJ 08646-0999 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>VIRGINIA DEPT OF TAXATION OFFICE OF CUSTOMER SERVICE P O BOX 1115 RICHMOND, VA  23218-1115 | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| | Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

B6E (Official Form 6E) (04/13) - Cont.

**KidsPeace National Centers of North America, Inc.**

13-14516 - Jointly Administered 13-14508

Debtor

Case No. (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (2 continuation sheets attached)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | TAX AUTHORITY | | | | UNKNOWN | UNKNOWN | UNKNOWN |
| VIRGINIA EMPLOYMENT COMMISSION P O BOX 1358 RICHMOND, VA 23218 | | | | | | | | | |

|  | | | | Total | $0.00 | | |
|---|---|---|---|---|---|---|---|

(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Totals | | $0.00 | $0.00 |

*Amounts subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Page 4 of 4

| Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
|---|---|---|---|

B6F (Official Form 6F) Case 13-14516-ref    Doc 14    Filed 07/03/13    Entered 07/03/13 16:56:57    Desc Main
Document    Page 16 of 29

13-14516 - Jointly
Administered 13-14508

KidsPeace National Centers of North America, Inc.
_____
Debtor                                                                                    Case No. (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a "minor child" is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on the page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding general unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>2701 LLC<br>C/O ATTMAN PROPERTY MANAGEMENT<br>ATTN JOHN PORTER<br>2700 NORTH CHARLES STREET<br>SUITE 102<br>BALTIMORE, MD 21218 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>AAIMS PROPERTY MANAGEMENT INC<br>100 WESTLAKE ROAD<br>SUITE 200<br>FAYETTEVILLE, NC 28314 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>CONTINENTAL - POPLARWOOD - CEDAR LLC<br>C/O TRINITY PARTNERS<br>8020 ARCO CORPORATE DRIVE<br>SUITE 175<br>RALEIGH, NC 27617 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>CYNTHIA DECONTO<br>102 GARY ROAD<br>CARRBORO, NC 27510 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>DC WASHINGTON CHILD & FAMILY SVS<br>ATTN: ACCOUNTS PAYABLE<br>400- 6TH ST, SW<br>WASHINGTON, DC 20024 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |

Page 1 of 4

Subtotal
(Total of this page)                                        $0.00

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ———<br>DUTKO WORLDWIDE LLC<br>DBA DUTKO GRAYLING<br>PO BOX 903018<br>CHARLOTTE, NC 28290-3018 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO. ———<br>GRAHAM ROAD ASSOCIATES<br>521 RIDGE RD<br>LANSING, NY 14882 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO. ———<br>HOWARD RESEARCH & DEVELOPMENT<br>DBA TOWN CENTER EAST<br>BUSINESS TRUST<br>ONE GALLERIA TOWER<br>13355 NOEL RD STE 950<br>DALLAS, TX 75240 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO. ———<br>IN MARION COUNTY DFC<br>RICK TAYLOR, ACCT.DEPT.<br>4150 NORTH KEYSTONE AVENUE<br>INDIANAPOLIS, IN 46205 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO. ———<br>JAMES W. SAUNDERS<br>345 INDIAN TRAIL<br>SOUTHERN PINES, NC 28387 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO. ———<br>NORTH FOREST PROPERTIES #1 LLC<br>8201 MAIN ST STE 12<br>WILLIAMSVILLE, NY 14221 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO. ———<br>NY ULSTER COUNTY DSS<br>ATTN: PETE CARNEY<br>1031 DEVELOPEMENT COURT<br>KINGSTON, NY 12401 | | | AR CREDIT<br>POTENTIAL OFFSET | | | | UNKNOWN |
| ACCOUNT NO. ———<br>PBB III LLC<br>C/O HARSHMAN PROPERTY SRVS LLC<br>PO BOX 532968<br>INDIANAPOLIS, IN 46253 | | | LANDLORD | | | | UNKNOWN |

Subtotal | $0.00
(Total of this page)

| Debtor | | Case No. (If known) |
|---|---|---|

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RENAISSANCE PLACE LLC<br>325 S WALNUT<br>MUNCIE, IN 47305 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>SCOTT DOUGLAS CORP<br>1800 BROOKSTONE COURT<br>VIENNA, VA 22182 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>SOUTHLAKE COMMUNITY<br>MENTAL HEALTH CENTER, INC.<br>ATTENTION: MR. ROBERT KRUMWIED<br>8555 TAFT STREET<br>MERRILLVIELLE, IN  46410 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>TARRY-ELM ASSOCIATES LLC<br>C/O SILVERMAN REALTY GROUP INC<br>237 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10605 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>TPRF BAR SAHARA LLC<br>31910 DEL OBISPO<br>SUITE 100<br>SAN JUAN CAPISTRAN, CA 92675 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>TYCORE LTD<br>C/O CRESSY AND EVERETT MGT<br>4100 EDISON LAKES PARKWAY<br>SUITE 350<br>MISHAWAKA, IN 46545 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>VINSON INVESTMENTS, INC.<br>7631 HULL ST. ROAD<br>SUITE 101<br>NORTH CHESTERFIELD, VA 23235 | | | LANDLORD | | | | UNKNOWN |
| ACCOUNT NO.<br>WILLOW PARK INC.<br>85 ALBANY AVE., SUITE G<br>KINGSTON, NY 12401 | | | LANDLORD | | | | UNKNOWN |

| | Subtotal (Total of this page) | $0.00 |
|---|---|---|

KidsPeace National Centers of North America, Inc                                                    Administered 13-14508

Debtor _____                                                              Case No. (If known) _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Total | | | | $0.00 |

Page 4 of 4

| | | |
|---|---|---|
| Subtotal (Total of this page) | | $0.00 |

B6G (Official Form 6G) Case 12/87 14516-ref    Doc 14    Filed 07/03/13    Entered 07/03/13 16:56:57    Desc Main
Document    Page 20 of 29

13-14516 - Jointly
Administered 13-14508

KidsPeace National Centers of North America, Inc.

Debtor

Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed.R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| 2701 LLC C/O ATTMAN PROPERTY MANAGEMENT<br>ATTN: JOHN PORTER<br>2700 NORTH CHARLES STREET<br>SUITE 102<br>BALTIMORE, MD 21218 | BALTIMORE, MD RENTAL LEASE AGREEMENT |
| 5100 LLC<br>C/O RE/MAX ALLEGIANCE<br>5100 LEESBURG PIKE | RENTAL LEASE |
| AAIMS PROPERTY MANAGEMENT INC<br>100 WESTLAKE ROAD<br>SUITE 200<br>FAYETTEVILLE, NC 28314 | FAYETTEVILLE, NC RENTAL LEASE AGREEMENT |
| CONTINENTAL - POPLARWOOD CEDAR LLC<br>C/O TRINITY PARTNERS<br>8020 ARCO CORPORATE DRIVE<br>SUITE 175<br>RALEIGH, NC 27617 | RALEIGH, NC RENTAL LEASE AGREEMENT |
| CREDIT UNION HOUSE LLC<br>ATTN: JILL NOWACKI<br>403 C STREET NE | RENTAL LEASE |
| CYNTHIA DECONTO<br>102 GARY ROAD<br>CARRBORO, NC 27510 | CHAPEL HILL, DURHAM, NC RENTAL LEASE AGREEMENT |
| DUTKO WORLDWIDE LLC DBA DUTKO GRAYLING<br>PO BOX 903018<br>CHARLOTTE, NC 28290-3018 | WASHINGTON, DC  RENTAL LEASE AGREEMENT |

KidsPeace National Centers of North America, Inc.

Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| GGP HOLDING INC.<br>DBA TOWN CNTR E BUSINESS TRUST<br>THE HOWARD HUGHES CORP | RENTAL LEASE |
| GRAHAM ROAD ASSOCIATES<br>521 RIDGE RD<br>LANSING, NY 14882 | ITHACA, NY RENTAL LEASE AGREEMENT |
| GREEN RIVER INVESTMENTS<br>4929 RIVERWIND POINTE DR | RENTAL LEASE |
| HOWARD RESEARCH & DEVELOPMENT<br>DBA TOWN CENTER EASTBUSINESS TRUST<br>ONE GALLERIA TOWER<br>13355 NOEL RD STE 950<br>DALLAS, TX 75240 | COLUMBIA, MD RENTAL LEASE AGREEMENT |
| IN CHOICES<br>4701 N. KEYSTONE AVENUE<br>SUITE 150<br>INDIANAPOLIS, IN 46205 | PAYOR AGREEMENT |
| IN CHOICES -IN BEHAVIORAL HEALTH CH<br>THE DAWN PROJECT-CLAIMS DEPT.<br>4701 N. KEYSTONE AVE.<br>STE. 150<br>INDIANAPOLIS, IN 46205 | PAYOR AGREEMENT |
| IN CIRCLE AROUND FAMLIES<br>ATTN: DOUG WARD- CONTRACT MANAGER<br>8400 LOUISIANA ST<br>MERRILLVILLE, IN 46410 | PAYOR AGREEMENT |
| IN LAKE COUNTY DPW<br>ATTN:FINANCE DEPT.<br>P O BOX 2270<br>GARY, IN 46409-2270 | PAYOR AGREEMENT |
| IN LAPORTE COUNTY DFC<br>ATTN:CAROL HAGERMAN<br>PO BOX 1402<br>LA PORTE, IN 46352 | PAYOR AGREEMENT |

KidsPeace National Centers of North America, Inc.

Debtor

13-14516 Jointly

Administered 13-14508

Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| IN MADISON COUNTY DPW<br>ATTN: KYLIE FOGA<br>222 E 10TH ST STE D<br>ANDERSON, IN 46016 | PAYOR AGREEMENT |
| IN MARION COUNTY DFC<br>ATTN: RICK TAYLOR, ACCT.DEPT.<br>4150 NORTH KEYSTONE AVENUE<br>INDIANAPOLIS, IN 46205 | PAYOR AGREEMENT |
| IN MARION COUNTY OFC<br>4720 KINGSWAY DR STE 450<br>INDIANAPOLIS, IN 46205 | PAYOR AGREEMENT |
| IN MARSHALL CTY DEPT FAMILY & CHILD<br>ATTN: MICHAEL CARROLL, DIRECTOR<br>2125 N. OAK DRIVE<br>PLYMOUTH, IN 46563 | PAYOR AGREEMENT |
| IN ST JOSEPH CTY DFC<br>ATTN: DONNA BUTLER<br>300 N MICHIGAN STREET STE 230<br>SOUTH BEND, IN 46601 | PAYOR AGREEMENT |
| JAMES W. SAUNDERS<br>345 INDIAN TRAIL<br>SOUTHERN PINES, NC 28387 | ABERDEEN, NC RENTAL LEASE AGREEMENT |
| JEFFREY CHILDERS<br>1028 COWPER DR.<br>RALEIGH,NC,27605 | CONTRACT PROFESSIONAL |
| JEFFREY CHILDERS<br>1028 COWPER DR.<br>RALEIGH, NC 27605 | CONTRACT PROFESSIONAL |
| KEISHA MOON<br>DURHAM, NC | CONTRACT PROFESSIONAL |

KidsPeace National Centers of North America, Inc.                                    Administered 13-14508

Debtor                                                                                          Case No. (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| KIDSPEACE CORPORATION<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | MANAGEMENT AGREEMENT |
| MD BALTIMORE CITY DSS<br>FINANCE DEPT.<br>1910 N. BROADWAY<br>BALTIMORE, MD 21213 | PAYOR AGREEMENT |
| MD BALTIMORE COUNTY DSS<br>ATTN: DAWN SCANLON<br>6401 YORK RD<br>BALTIMORE, MD 21212-2112 | PAYOR AGREEMENT |
| MD PRINCE GEORGE COUNTY<br>805 BRIGHTSEAT ROAD<br>LANDOVER, MD 20755 | PAYOR AGREEMENT |
| NC BEACON CTR<br>500 NASH MEDICAL ARTS MALL<br>ROCKY MOUNT, NC 27804 | PAYOR AGREEMENT |
| NC CHARITY CARE | PAYOR AGREEMENT |
| NC CUMBERLAND COUNTY DS<br>ATTN: FOSTER CARE FINANCE<br>PO BOX 2429<br>FAYETTEVILLE, NC 28302 | PAYOR AGREEMENT |
| NC CUMBERLAND COUNTY MENTAL HEALTH<br>ATTN: FINANCE OFFICE<br>PO BOX 3069<br>FAYETTEVILLE, NC 28302-3069 | PAYOR AGREEMENT |
| NC DURHAM COUNTY DSS<br>220 EAST MAIN ST<br>DURHAM, NC 27701 | PAYOR AGREEMENT |

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| NC DURHAM CTR<br>501 WILLARD ST<br>DURHAM, NC 27701 | PAYOR AGREEMENT |
| NC FIVE COUNTY MENTAL HEALTH AUTHORITY<br>134 S. GARNETT STREET<br>HENDERSON, NC 27536 | PAYOR AGREEMENT |
| NC FRANKLIN COUNTY DSS<br>PO BOX 669<br>LOUISBURG, NC 27549 | PAYOR AGREEMENT |
| NC HARNETT COUNTY DSS<br>311 CORNELIUS BLVD<br>LILLINGTON, NC 27546 | PAYOR AGREEMENT |
| NC HOKE COUNTY DSS<br>PO BOX 340<br>RAEFORD, NC 28376 | PAYOR AGREEMENT |
| NC OPC AREA PROGRAM<br>CLAIMS ADJUDICATION UNIT<br>100 EUROPA DR. STE. 490<br>CHAPEL HILL, NC 27517 | PAYOR AGREEMENT |
| NC SAND HILLS MENTAL HEALTH<br>PO BOX 9<br>WEST END, NC 27376 | PAYOR AGREEMENT |
| NC SOUTHEASTER REGIONAL MH, DD<br>ATTN: APRIL PARKER<br>450 COUNTRY CLUB ROAD<br>LUMBERTON, NC 28360 | PAYOR AGREEMENT |
| NC SOUTHEASTERN CENTER FOR MH<br>2023 S 17TH ST<br>WILMINGTON, NC 28402 | PAYOR AGREEMENT |

KidsPeace National Centers of North America, Inc.

Debtor

15-7451

Administered 13-14508

Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| NC WAKE COUNTY DSS<br>ATTN: DEBBIE SULLIVAN<br>401 EAST WHITAKER MILL RD<br>RALEIGH, NC 27608 | PAYOR AGREEMENT |
| NC WAKE COUNTY HUMAN SERVICES<br>ATTN: CYNTHIA HENDERSON<br>PO BOX 46833<br>RALEIGH, NC 27620 | PAYOR AGREEMENT |
| NORTH FOREST PROPERTIES #1 LLC<br>8201 MAIN ST<br>STE 12<br>WILLIAMSVILLE, NY 14221 | WILLIAMSVILLE, NY RENTAL LEASE AGREEMENT |
| NV CLARK CTY DEPT OF FA<br>121 SOUTH MARTIN L. KING BLVD.<br>LAS VEGAS, NV 89106 | PAYOR AGREEMENT |
| NV CLARK CTY DEPT OF FAMILY SVS<br>FISCAL UNIT<br>701K N PECOS RD<br>LAS VEGAS, NV 89101 | PAYOR AGREEMENT |
| NY DUTCHESS COUNTY DSS<br>60 MARKET STREET<br>POUGHKEEPSIE, NY 12601 | PAYOR AGREEMENT |
| NY ERIE COUNTY DSS<br>95 FRANKLIN STREET<br>BUFFALO, NY 14202 | PAYOR AGREEMENT |
| NY MONROE COUNTY DSS<br>ATTN: KATIE BOXELL<br>111 WESTFALL ROAD ROOM356<br>ROCHESTER, NY 14620 | PAYOR AGREEMENT |
| NY NEW YORK MEDICAID<br>150 BROADWAY<br>SUITE 6E<br>ALBANY, NY 12204 | PAYOR AGREEMENT |

KidsPeace National Centers of North America, Inc.

Debtor

Administered 13-14508

Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| NY NEW YORK MEDICAID<br>150 BROADWAY<br>SUITE 6E<br>ALBANY, NY 12204 | PAYOR AGREEMENT |
| NY PARSONS<br>2 MAIN ST SUITE 201<br>KINGSTON, NY 12401 | PAYOR AGREEMENT |
| NY SCHENECTADY COUNTY  DSS<br>ATTN: KATHY GARBARINI<br>106 ERIE ROAD<br>SCHENECTADY, NY 12305 | PAYOR AGREEMENT |
| NY ULSTER COUNTY DSS<br>ATTN: PETE CARNEY<br>1031 DEVELOPEMENT COURT<br>KINGSTON, NY 12401 | PAYOR AGREEMENT |
| NY WEST CHESTER COUNTY<br>PAYMENT PROCESSING<br>112 EAST POST RD, 6TH FLOOR,<br>WHITE PLAINS, NY 10601 | PAYOR AGREEMENT |
| PBB III LLC<br>C/O HARSHMAN PROPERTY SRVS LLC<br>PO BOX 532968<br>INDIANAPOLIS,IN,46253 | INDIANAPOLIS, IN RENTAL LEASE AGREEMENT |
| RENAISSANCE PLACE LLC<br>325 S WALNUT<br>MUNCIE, IN 47305 | MUNCIE, IN RENTAL LEASE AGREEMENT |
| SCOTT DOUGLAS CORP<br>1800 BROOKSTONE COURT<br>VIENNA, VA 22182 | RICHMOND, VA RENTAL LEASE AGREEMENT |
| SOUTHLAKE COMMUNITY<br>MENTAL HEALTH CENTER  INC.<br>ATTENTION: MR. ROBERT KRUMWIED<br>8555 TAFT STREET<br>MERRILLVIELLE, IN 46410 | MERRILLVILLE, IN RENTAL LEASE AGREEMENT |

KidsPeace National Centers of North America, Inc.

Debtor

Administered 13-14508

Case No. (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OR ANY GOVERNMENT CONTRACT |
|---|---|
| TARRY-ELM ASSOCIATES LLC<br>C/O SILVERMAN REALTY GROUP INC<br>237 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10605 | ELMSFORD, NY RENTAL LEASE AGREEMENT |
| TPRF BAR SAHARA LLC<br>31910 DEL OBISPO<br>SUITE 100<br>SAN JUAN CAPISTRANO, CA 92675 | LAS VEGAS, NV RENTAL LEASE AGREEMENT |
| TYCORE LTD<br>C/O CRESSY AND EVERETT MGT<br>4100 EDISON LAKES PARKWAY<br>SUITE 350<br>MISHAWAKA, IN 46545 | SOUTH BEND, IN RENTAL LEASE AGREEMENT |
| VA RICHMOND CITY DSS<br>ATTN: G. BRANCH<br>900 E. MARSHALL ST.<br>RICHMOND, VA 23219 | PAYOR AGREEMENT |
| VA SPOTSYLVANIA DSS<br>ATTN: V GRAY<br>PO BOX 249<br>SPOTSYLVANIA, VA 22553-0249 | PAYOR AGREEMENT |
| VINSON INVESTMENTS INC<br>7631 HULL ST. ROAD<br>SUITE 101<br>NORTH CHESTERFIELD, VA 23235 | CHESTERFIELD, VA RENTAL LEASE AGREEMENT |
| WESTMERE REALTY LLC<br>1 GLEN AVENUE | RENTAL LEASE |
| WILLOW PARK INC.<br>65 ALBANY AVE. SUITE G<br>KINGSTON, NY 12401 | KINGSTON, NY RENTAL LEASE AGREEMENT |

Footnote(s):

Foster Parent Agreements are not listed on Schedule G

B6H (Official Form 6H) (12/07)

KidsPeace National Centers of North America, Inc.

Debtor

13-14516 - Jointly
Administered 13-14508

Case No. (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B, a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| IRON RANGE, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE CHILDREN'S HOSPITAL<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE CORPORATE<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE MESABI, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS OF<br>NEW ENGLAND, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS OF GEORGIA, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |

KidsPeace National Centers of North America, Inc.

13-14516 - Jointly
Administered 13-14508

Debtor

Case No. (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| KIDSPEACE NATIONAL CENTERS OF NEW YORK, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |
| KIDSPEACE NATIONAL CENTERS, INC.<br>4085 INDEPENDENCE DRIVE<br>SCHNECKSVILLE, PA 18078 | PENSION BENEFIT GUARANTY CORP<br>ATTN MICHAEL BAIRD<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K ST., N.W.<br>WASHINGTON D.C. 20005-4026 |